**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SAMANTHA SZURGYJLO** <br><br> **v.** <br><br> **SOURCEONE PHARMACY SERVS., LLC and CONSTANTINE PIPPIS** | **CIVIL ACTION** <br><br> **NO. 20-4304** |

## **ORDER**

    **AND NOW,** this 8th day of December, 2020, upon consideration of Defendant SourceOne Pharmacy Services and Defendant Constantine Pippis' Partial Motion to Dismiss Plaintiff's State Law Claims (ECF 3), as well as Plaintiff Samantha Szurgyjlo's Response (ECF 5) and Defendants' Reply thereto (ECF 6), and for the reasons given in the accompanying Memorandum, it is hereby ordered that Plaintiff's state law claims are DISMISSED for lack of jurisdiction without prejudice and with leave to amend following administrative exhaustion.

 

          **BY THIS COURT:**

          **s/ Michael M. Baylson**

          _____
          **MICHAEL M. BAYLSON**
          **United States District Court Judge**

O:\CIVIL 20\20-4304 Szurgyjlo v Sourceone\20cv4304 order on mtd 12082020.docx